UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 1:22-CR-59 |
| | ) | |
| WILLIE J. HATCH | ) | |

**MOTION FOR DETENTION**

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indian, through Stacey R. Speith, Assistant United States Attorney, and moves the Court to detain the defendant pursuant to 18 U.S.C. § 3142(e) because the defendant is a danger to the community and a risk of flight.

WHEREFORE, the United States of America requests that the Court detain the defendant pursuant to 18 U.S.C. § 3142(e) for further proceedings in this matter.

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:  */s/ Stacey R. Speith*
Stacey R. Speith
Assistant United States Attorney
E. Ross Adair Federal Building
& US Courthouse
1300 South Harrison Street, Room 3128
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile:  (260) 426-1616
E-mail Address: Stacey.speith@usdoj.gov